**No. 50126.**—Protests 113007–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the opera glasses are similar in all material respects to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74). In accordance therewith they were held dutiable at 35 percent under paragraph 228 (b) as claimed.

**No. 50127.**—Protests 894193–G, etc., of Bullocks, Inc., et al. (Los Angeles, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50128.**—Protest 795963–G of Wing Woh Chong Hing Kee Co. (New York).

Opinion by COLE, J. In accordance with stipulation of counsel and following *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247) the ve-tsin in question, found to contain salt, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

BEFORE THE THIRD DIVISION, APRIL 16, 1945

**No. 50129.**—Protests 57836–K (B), etc., of J. E. Bernard & Co., Inc., et al. (New York).

Opinion by CLINE, J. It was stipulated that the portions of cheese packed in boxes, except one portion known as Tilsit, are similar in all material respects to the merchandise the subject of *Gruyere Cheese Corp.* v. *United States* (7 Cust. Ct. 171, C. D. 562) and *Kraft Phenix Cheese Corp.* v. *United States* (10 id. 271, C. D. 767). In accordance therewith the merchandise, except the portion which is known as Tilsit, was held dutiable as claimed.